INSTRUC-
TIONS.

---

## MOORE v. STATE.

PUBLIC ROADS: *Notice to attend working.*

A notice given on Saturday to attend a road working on the following Tuesday, Wednesday and Thursday, was not a sufficient warning to work on Tuesday—because three full days did not intervene—but was good as to the other days.

APPEAL from *Desha* Circuit Court.

*B. F. Grace*, Special Judge.

The appellant, Moore, was convicted upon an indictment charging that he refused to work on a public road after having been duly warned, as the law directs. The evidence shows that the defendant was warned on Saturday to work the road on the following Tuesday, Wednesday and Thursday and that he did not attend on either day. The court instructed the jury in effect that if they believed, from the evidence, that the defendant was warned on Saturday to work the road on the following Tuesday, Wednesday and Thursday, and failed to work on either of those days, that he could not be convicted for failing to work on Tuesday, but could be convicted for such failure on Wednesday and Thursday. This instruction was objected to by the defendant. Section 5907 Mansfield's Digest, provides that any person subject to road duty who " shall have had at least three days' actual notice" according to law, and who refuses or neglects to attend on the day and at the place directed by the overseer, shall be fined for such offense not less than ten nor more than twenty-five dollars.

*David A. Gates*, for appellant.

1. No proper notice was given. *Mansf. Dig., sec. 5905.* There must be full three days' notice. *42 Ark., 93.* If bad for Tuesday, it was bad for the other days, as a notice cannot be both legal and illegal.

*W. E. Atkinson,* Attorney General, for appellee.

The warning, while not good for Tuesday, was good for Wednesday and Thursday.

PER CURIAM.    Notice on Saturday to one liable to road duty to work a road on the following Tuesday, Wednesday and Thursday, was not sufficient notice to work on Tuesday, because three full days did not intervene (*State v. Jones, 42 Ark., 93*), but was good as to the other days.

Affirm.

PUBLIC ROADS: NOTICE.